IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30798
Conference Calendar

_____


PRESTON GEORGE DEMOUCHET, JR.,

                                        Plaintiff-Appellant,


versus

ROBERT E. ANTOON,

                                        Defendant-Appellee.


- - - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 97-CV-810
- - - - - - - - - - -

April 16, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Preston G. Demouchet, Jr., (Louisiana prisoner # 90331)
appeals the district court's dismissal of his civil rights
complaint wherein he alleged the denial of adequate medical care.
Demouchet argues that the district court erred by dismissing his
complaint pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust
administrative remedies.  He argues that although he did not
exhaust administrative remedies prior to filing his complaint,

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

his request for administrative relief was granted prior to the dismissal of his complaint.  He also argues that he was not provided with a copy of the relevant administrative procedures.

We have reviewed the record and Demouchet's brief and find no reversible error.  Accordingly, we AFFIRM for the reasons stated by the magistrate judge and adopted by the district court. See Demouchet v. Antoon, No. 97-0810-B-M3 (M.D. La., June 4, 1998).  Demouchet's "Motion for Filing Fees Withdrawn" is DENIED.

AFFIRMED; MOTION DENIED.